

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LAB/AP/KRA
F. #2023R00530

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2025

<u>By E-mail and ECF</u>

The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Bonilla Ramos, et. al.,
     <u>Criminal Docket No. 25-CR-196 (WFK)</u>

Dear Judge Kuntz:

  The government writes to respectfully request a date for the first status conference in the above-referenced matter on or about thirty days from June 16, 2025.

         Respectfully submitted,

         JOSEPH NOCELLA, JR.
         United States Attorney

  By: /s/ Lauren A. Bowman
      Lauren A. Bowman
      Andres Palacio
      Kamil R. Ammari
      Assistant U.S. Attorneys
      (718) 254-6047

cc: Clerk of the Court (WFK) (by email)